ED G. NELSON et al., Respondents, *v.* MILLS MUSIC, INC., Appellant, and " JANE " PEASE, as Executrix of HARRY PEASE, Deceased, Respondent.

Argued January 5, 1953; decided January 21, 1953.

*Saul Gordon, Samuel Jesse Buzzell, Theodore R. Kupferman* and *Jerome I. Hyman* for appellant.

*Abner Greenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ. Dissenting: FULD, J.